1002-6942

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GATEWAY HEALTH CARE INC.<br>Plaintiff, | ) | |
| v. | ) | DOCKET NO: |
| PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY<br>Defendants | ) | CA 08 170S |

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446**

PLEASE TAKE NOTICE that defendant, Philadelphia Indemnity Insurance Company Company ("Philadelphia"), with full reservation of all defenses, hereby removes this civil action from the Superior Court of Providence County, Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for its Notice of Removal, Philadelphia proffers:

1. This lawsuit is a civil action within the meaning of 28 U.S.C. §§ 1441(a) & 1446(b) on removal of cases to the district courts of the United States.

2. In this action, on or about April 28, 2008, plaintiff, GATEWAY HEALTH CARE, INC. ("GATEWAY"), filed a Declaratory Judgment Complaint in the Superior Court of Providence County, Rhode Island, seeking a determination of coverage and a duty to defend under policy #PHPK126288, issued to it by Philadelphia. Service of the state court complaint was effectuated by waiver of service effectuated on May 2, 2008. A copy of the state court complaint and the waiver of service is attached as Exhibit 1 and 2 respectively.

3. The plaintiff, GATEWAY HEALTH CARE INC. is a Rhode Island Corporation with a principal place of business located at 249 Roosevelt Avenue, Pawtucket, Rhode Island.

4. The defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, is a Pennsylvania Corporation with a principal place of business in Bala Cynwyd, Pennsylvania.

5. At the time of filing of the state court complaint and at the current time their exists complete diversity between the parties to this action sufficient to confer jurisdiction in the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1332 (a).

6. A fair reading of the complaint indicates that the amount in controversy exceeds the sum of $75,000 since the plaintiff is claiming coverage under a policy of insurance for property damages in excess of $500,000.

8. Removal of this action is timely pursuant to 28 U.S.C.§ 1446 (b).

9. Pursuant to the Local Rule 81, a certified copy of the state court record will be filed within 10 days of the filing of this Notice along with the state court docket sheet.

PHILADELPHIA INSURANCE COMPANY,
By its attorneys,
MORRISON MAHONEY LLP,

Michael J. Marcello (#5221)
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420



653349v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6 day of May 2008, I served a copy of the foregoing Notice of Filing Notice of Removal to the United States District Court, by regular U.S. mail, postage prepaid, to:

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
101 Dyer Street, 2nd Floor
Providence, RI 02903

Michael J. Marcello



653349v1