# Exhibit 2

## (Copy of Waiver of Service)

# WAIVER OF SERVICE OF SUMMONS

TO: Philadelphia Indemnity Insurance Company
c/o Mark T. Nugent, Esq./Michael J. Marcello, Esq.
Morrison Mahoney, LLP
Ten Weybosset Street, Suite 900
Providence, Rhode Island 02903

I acknowledge receipt of your request that I waive service of a summons in the action of *Gateway Healthcare, Inc. v. Philadelphia Indemnity Insurance Company*, which bears case number 08-3199 in the Superior Court of the State of Rhode Island and Providence Plantations for the County of Providence. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after May 1, 2008 or within ninety (90) days after that date if the request was sent outside the United States.

Mark T. Nugent, Esq./Michael J. Marcello
as attorneys for Philadelphia Indemnity
Insurance Company

Dated: May 1, 2008

To be printed on reverse side of the waiver form or set forth at the foot of the form:

Duty to Avoid Unnecessary Costs of Service of Summons

I affirm that this request is being sent to you on behalf of the plaintiff(s), this 1st day of May, 2008.

______________________________
David E. Maglio, R.I. Reg. No. 3549

Rule 4 of the Rhode Island Superior Court Rules requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the costs of such service unless good cause be shown for the party's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives the service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

h:\clients\gateway\water damage\pleadings\notice of waiver and waiver