STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3199 GATEWAY HEALTHCARE V PHILADELPHIA INSURANCE CO

Filing Date: 04-29-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 05-06-2008

Plaintiff: GATEWAY HEALTH CARE INC
ID: @11008925

Attorney: DAVID MAGLIO

Defendant: PHILADELPHIA INDEMNITY INSURANCE COM
ID: @11008926

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-29-2008 | COMPLAINT FILED | |
| 04-29-2008 | INITIAL FILING FEE | |
| 04-30-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP272334. |
| 05-06-2008 | NOTICE OF REMOVAL | |
| 05-06-2008 | CASE REMVD TO US DISTRICT CT | ****************************** ( CA 08-170 S)************************* |
| 05-06-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island