UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GATEWAY HEALTH CARE, INC. Plaintiff, | : | |
| VS. | : | C.A. NO. 08-170/S |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY Defendants. | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance as co-counsel for the Plaintiff in the captioned matter.

/s/ Henry M. Swan
Henry M Swan RI Reg. #1056
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street
Providence, RI 02903
(401) 273-9000
hms@dksblaw.com

**CERTIFICATION**

To:

Mark T. Nugent, Esq.
Michael J. Marcello, Esq.
MORRISON MAHONEY LLP
Ten Weybosset Street, Suite 900
Providence, RI 02903

I hereby certify that on the 12th day of June, 2008 I caused a true copy of the Entry of Appearance to be served on the above-reference mail via electronic delivery through CM/ECF.

/s/ Henry M. Swan, Esq.