1002-6942

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GATEWAY HEALTH CARE INC.<br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 08-170S |

**DEFENDANT, PHILADELPHIA INDEMNITY INSURANCE COMPANY'S**

**INITIAL DISCLOSURES**

Pursuant to the Federal Rules of Civil Procedure, the defendant Philadelphia Insurance submits this Initial Disclosure Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1).

**Rule 26(a)(1)(A) Witnesses**

1. Mr. Gregg Bennet, Senior Claims Examiner, Philadelphia Insurance Companies, PO Box 950, Bala Cynwyd, Pennsylvania, 19004-0950.
2. Mr. Brian Pellegrino, Pellegrino Adjusters, 275 Reservoir Avenue, Providence, RI 02907-3555.
3. Mr. David R. Bouchard, P.E. Fire Consulting Associates, Inc., Post Office Box 6664, Providence, RI 02940.
4. Mr. Kevin Liney, Philadelphia Insurance Companies, PO Box 950, Bala Cynwyd, Pennsylvania, 1900400950.

1002-6942

**Rule 26(a)(1)(B) Documents**

1. Philadelphia Insurance Companies, Common Declaration and Policy, Policy No. PHPK126288.
2. Correspondence dated March 27, 2006 to Ann Rogan from John P. Kirby, Assistance Vice President of Claims.
3. Correspondence dated February 2, 2006 to Gregg Bennett, Property Claims Specialist from Attorney Henry Swan with accompanying documents as described therein.
4. Transcribed statement off Ann Rogan dated December 21, 2005 taken by Brian Pellegrino, Pellegrino Adjusters.
5. Correspondence dated February 18, 2006 to Vincent Pellegrino Insurance Adjusters, Inc. from David R. Bouchard, P.E. Fire Consulting Associates, Inc.
6. Correspondence dated March 2, 2006 to Mr. Henry Swan from Greg Bennett, Property Claims Specialist.
7. Photostatic copies of photographs taken at 1471 Elmwood Avenue, Cranston, RI. Photographs are dated 1/3/06.
8. Photostatic copies of four photographs dated 1/10/06.
9. Photostatic copies of photographs taken by Waterout.
10. Initial Report of Vincent Pellegrino to Greg Bennett, Philadelphia Insurance Companies dated January 10, 2006 with enclosures.
11. Fax from Brian Pellegrino to Ann Rogan dated 12/22/05 with request for additional information.
12. E-mail dated December 22, 2005 to Gregory Bennett from Brian Pellegrino regarding meeting with Ann Rogan and site visit.

1002-6942

By its Attorneys,
**MORRISON MAHONEY LLP**

/s/ Michael J. Marcello

Mark T. Nugent, #2637
Michael J. Marcello, #5221
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660

**CERTIFICATE OF SERVICE**

I hereby certify that this documents filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 15, 2008.

/s/ Michael J. Marcello

Michael J. Marcello, BBO No. 5221