UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GATEWAY HEALTHCARE, INC. | : | |
| | : | |
| VS. | : | C.A. No. 08-170/S |
| | : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | : | |

**STIPULATION**

By agreement of the parties, the following entries shall be made:

1. The plaintiff, Gateway Healthcare, Inc, shall have up to and including September 26, 2008 to answer or otherwise respond to the defendant, Philadelphia Indemnity Insurance Company's, interrogatories propounded to the plaintiff on or about July 18, 2008; and

2. The plaintiff, Gateway Healthcare, Inc., shall have up to and including September 26, 2008 to answer or otherwise respond to the defendant, Philadelphia Indemnity Insurance Company's, request for production of documents propounded to the plaintiff on or about July 18, 2008.

**GATEWAY HEALTHCARE, INC.**

**By its Attorneys,**

**DAVID E. MAGLIO & ASSOCIATES, P.C.**

/s/ David E. Maglio, Esq.
David E. Maglio (R.I. Reg. No. 3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (Fax)
dmaglio@magliolaw.com

**PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**By its attorneys,**

**MORRISON MAHONEY, LLP**

/s/ Michael J. Marcello, Esq.
Michael J. Marcello, Esq.
Mark T. Nugent, Esq.
Ten Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660
(401) 351-4420 (Fax)
mmarcell@morrisonmahoney.com

GATEWAY HEALTHCARE, INC. :
VS. :
PHILADELPHIA INDEMNITY :
INSURANCE COMPANY :

**CERTIFICATION**

To:

Mark T. Nugent, Esq.
Michael J. Marcello, Esq.
MORRISON MAHONEY, LLP
Ten Weybosset Street, Suite 900
Providence, RI 02903

I hereby certify that on the 26th day of August, 2008, I caused a true copy of the *Stipulation* to be electronically mailed via CF/ECF, to the above-listed attorneys.

/s/ David E. Maglio

h:\clients\gateway\pleadings\Stipulation pltf resp ints & rpd.doc