UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GATEWAY HEALTHCARE, INC. | : | |
| | : | |
| VS. | : | C.A. No. 08-170/S |
| | : | |
| PHILADELPHIA INDEMNITY | : | |
| INSURANCE COMPANY | : | |

**JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**

Now come the plaintiff, Gateway Healthcare, Inc., and the defendant, Philadelphia Indemnity Insurance Company and jointly request that this Honorable Court continue the mandatory settlement conference currently scheduled before Magistrate Judge Almond on September 8, 2008 at 2:00 p.m. to a new date in October. The only date that counsel is not available for a settlement conference is the week of October 20, 2008.

**GATEWAY HEALTHCARE, INC.**

**By its Attorneys,**

**DAVID E. MAGLIO & ASSOCIATES, P.C.**

/s/ David E. Maglio, Esq.
David E. Maglio (R.I. Reg. No. 3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (Fax)
dmaglio@magliolaw.com

**PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**By its attorneys,**

**MORRISON MAHONEY, LLP**

/s/ Michael J. Marcello, Esq.
Michael J. Marcello, Esq.
Mark T. Nugent, Esq.
Ten Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660
(401) 351-4420 (Fax)
mmarcell@morrisonmahoney.com

GATEWAY HEALTHCARE, INC. :
VS. :
PHILADELPHIA INDEMNITY :
INSURANCE COMPANY :

**CERTIFICATION**

To:

Mark T. Nugent, Esq.
Michael J. Marcello, Esq.
MORRISON MAHONEY, LLP
Ten Weybosset Street, Suite 900
Providence, RI 02903

I hereby certify that on the 29th day of August, 2008, I caused a true copy of the *Stipulation* to be electronically mailed via CF/ECF, to the above-listed attorneys.

/s/ David E. Maglio

h:\clients\gateway\pleadings\Jt Mt Cont Mandatory Settle. Conf.doc